Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd.  8th Floor
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
ANGELA MONIQUE BARNEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANGELA MONIQUE BARNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:26-cv-00484-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall have an extension of time of 45 days to file his motion for summary judgment.  Plaintiff's motion for summary judgment is currently due to be filed on April 30, 2026.  If the 45-day extension is approved by this Court, Plaintiff's motion for summary judgment will be due June 14, 2026.

There is good cause for the extension.  Plaintiff's counsel has 12 opening briefs and 4 reply briefs due to be filed on or before April 29, 2026.  The extension of time will permit Plaintiff's counsel sufficient time and resources to conduct a thorough review of the record and draft the issues most pertinent to the Court's judicial review of this case.

Respectfully submitted,

Dated: April 25, 2026                Law Offices of Francesco Benavides

By:   */s/ Francesco Benavides*
      FRANCESCO P. BENAVIDES
      Attorney for Plaintiff

Dated: April 25, 2026                ERIC GRANT
                                     United States Attorney
                                     MATHEW W. PILE
                                     Head of Program Litigation 1
                                     Social Security Administration

By:   *Roseanne Gillette\**
      ROSEANNE GILLETTE
      Special Assistant U.S. Attorney
      Attorneys for Defendant
      (*Permission to use electronic signature
      obtained via email on April 25, 2026).

-2-

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, based on the stipulation of the parties, and for good cause shown, that Plaintiff is granted a 45-day extension of time to file her motion for summary judgment in the above-captioned case.  With the extension, Plaintiff's motion for summary judgment is now due on June 14, 2026.


IT IS SO ORDERED.


Dated:    April 29, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE