ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
LINDSAY BEYER PAYNE (ILSBN 6289062)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (312) 596-1872
Email: Lindsay.Payne@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MONIQUE BARNEY,<br><br>          Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Civil No. 2:26-cv-00484-JDP<br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

///

///

///

Stipulation; Order                          Page 1                          Case No. 2:26-cv-00484-JDP

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: June 30, 2026                    LAW OFFICES OF FRANCESCO BENAVIDES

By:/s/ Francesco Benavides*
FRANCESCO BENAVIDES
Attorneys for Plaintiff
[*As authorized by e-mail on June 29, 2026]

Dated: July 2, 2026                    ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1

By:    /s/ Lindsay Beyer Payne
LINDSAY BEYER PAYNE
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

Dated:    July 2, 2026                    _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE